UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                                                        No. 24-CR-042-LTS

EDWIN LINO-MONTALVO, and IVAN
GARCIA-RODRIGUEZ

        Defendant.

-------------------------------------------------------x

## ORDER

An initial pretrial conference is scheduled to proceed in this case on **July 31, 2025, at 12:00 pm** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
        July 11, 2025

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge