UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

-v-

No. 24-CR-042-LTS

EDWIN LINO-MONTALVO

Defendant.

-------------------------------------------------------x

ORDER

The sentencing hearing scheduled in this matter is hereby adjourned from October 7, 2026 to **October 27, 2026 at 2:30 PM**.

SO ORDERED.

Dated: New York, New York
August 3, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge